## Byne *vs.* Wood; Byne *vs.* Coleman & Company.

1. The following instrument created a partnership:

"This writing is to show that G. M. Byne buys half interest in T. K. Mishow's turpentine interest in Worth county, and to become a partner in the business for the term of five years, or longer, if congenial, and the above mentioned parties agree to make the firm responsible for the debts of the same.
(Signed)         T. K. Mishow; G. M. Byne."

2. This case having been brought here for delay only, ten per cent on the principal is awarded as damages.
Judgment affirmed with damages.

March 4, 1884.

Blandford, Justice.

[These two cases were argued together in the Supreme Court. S. T. Coleman & Company and A. V. Wood each brought complaint against S. K. Mishow and G. M. Byne, as partners, under the name of Mishow & Byne. Byne pleaded the general issue and no partnership. The facts are sufficiently stated in the head-note. The jury found for plaintiffs in both cases. Byne moved for a new trial substantially upon the ground that there was no evidence to charge him as a partner. The motion in each case was overruled, and he excepted.]